**O. A. SCOTT v. CHRISTINE VAMVAKS, et al.**

35 So. (2nd) 15  
April 13, 1948

January Term, 1948  
Division A

Affirmed.

**ROSWELL K. PENNEY v. HELEN NEFF PENNEY**

January Term, 1948  
April 26, 1948          Special Division B

Affirmed.